# Third District Court of Appeal
## State of Florida

Opinion filed February 16, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-283
Lower Tribunal Nos. 20-247 AP, 12-25255 CC
_____

**Florida Wellness and Rehabilitation Center of Little Havana, LLC a/a/o Oscar Yglesias,**
Appellant,

vs.

**Imperial Fire and Casualty Insurance Company,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Elijah A. Levitt, Judge.

Moghani Law Group, LLC, and Danial R. Moghani, for appellant.

McFarlane Dolan & Prince, and Michael K. Mittelmark and William J. McFarlane, III (Coral Springs), for appellee.

Before EMAS, HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed.